UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRACEY AMBEAU HANSON, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 09-00454 (RMU) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF RELATED CASE**

Pursuant to LCvR 40.5(a)(3), Defendants, (collectively, "the District"), through undersigned counsel, gives notice of a related case. Plaintiffs in the above captioned action allege that the District's statutory and regulatory scheme for registration of handguns violates the Second Amendment to the Constitution.

Plaintiffs' claims are similar to those alleged in *Heller v. District of Columbia*, No. 08-01289 (RMU), which "is still pending on the merits" before this Court. LCvR 40.5(a)(3).

DATE: March 30, 2009          Respectfully submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

     /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886

        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2009, I sent a true copy of Defendants' Notice of Related Case by electronic mail and by U.S. Mail, first class, postage paid, to:

Alan Gura, Esq.
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

Stephen P. Halbrook, Esq.
Richard E. Gardiner, Esq.
Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030

        /s/ Andrew J. Saindon
    ANDREW J. SAINDON