IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRACEY HANSON, et al., | ) | Case No. 09-CV-0454-RMU |
| | ) | |
| Plaintiffs, | ) | **MOTION FOR SUMMARY** |
| | ) | **JUDGMENT [Fed. R. Civ. P. 56]** |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## MOTION FOR SUMMARY JUDGMENT

**COME NOW** the Plaintiffs, Tracey Ambeau Hanson, Gillian St. Lawrence, Paul St. Lawrence, and the Second Amendment Foundation, Inc., by and through undersigned counsel, and move the Court for entry of Summary Judgment in their favor and against Defendants pursuant to Federal Rule of Civil Procedure 56.

Dated: April 13, 2009                    Respectfully submitted,

                                          Alan Gura (D.C. Bar No. 453449)
                                          Gura & Possessky, PLLC
                                          101 N. Columbus Street, Suite 405
                                          Alexandria, VA 22314
                                          703.835.9085/Fax 703.997.7665

                                    By:  /s/Alan Gura
                                          Alan Gura

                                          Attorney for Plaintiffs