UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| TRACEY HANSON *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 09-0454 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 7, 12 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

# ORDER

### GRANTING THE DEFENDANTS' MOTION TO CONSOLIDATE AND DENYING AS MOOT THE DEFENDANTS' MOTION TO STAY PENDING BRIEFING

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 7th day of May, 2009, it is hereby

**ORDERED** that the defendants' motion to consolidate this action with *Heller v. District of Columbia*, Civil Action No. 08-1289, is **GRANTED**; and it is

**FURTHER ORDERED** that the defendants' motion to stay pending briefing is **DENIED as moot**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge