ATTACHMENT B

Commonwealth of Massachusetts
**Executive Office of Public Safety and Security**
# APPROVED FIREARMS ROSTER 04-2009
**This Roster Supersedes All Previous Rosters**

This roster has been compiled in accordance with M.G.L. c.140; §131¾ and 501 CMR 7.00. It contains weapons determined by Massachusetts approved independent testing laboratories to have satisfactorily completed the testing requirements of M.G.L. c. 140; §123; clauses 18th; 19th; 20th; and 21st. The reports resulting from said tests were reviewed by the Gun Control Advisory Board and those makes and models listed herein were subsequently approved by the Executive Office of Public Safety as having complied with the statutory handgun testing provisions of M.G.L. c. 140; §123.

Modifications to this roster are likely to occur periodically, and licensees and law enforcement personnel should always utilize the most recent roster for purposes of determining statutory compliance. The Approved Firearms Roster posted on the website of the Executive Office of Public Safety (www.mass.gov/EOPS) will contain the most recently approved models.

Massachusetts licensed firearms dealers should note that the transfers of handguns are also subject to the Attorney General's Handgun Sales Regulations, 940 CMR 16.00, et seq. Firearms on this Approved Firearms Roster do not necessarily comply with the requirements of the Attorney General's Handgun Sales Regulations. Information about those regulations, as well as the Enforcement Notice may be obtained from the Office of the Attorney General and may be accessed on the website of the Attorney General (www.ago.state.ma.us)."

| Manufacturer | Model | Caliber |
|---|---|---|
| Armscor Precision | Rock Island 1911 A-1 GI | .45 ACP |
| Armscor Precision | Rock Island 1911 A-1 GS CS Blue | .45 ACP |
| Armscor Precision | Rock Island 1911 A-2 GI FS Blue | .45 ACP |
| Armscor Precision | Rock Island 1911 A-2 GI MS Blue | .45 ACP |
| Auto Ordnance | 1911-A1 | .45 ACP |
| Beretta | 84FS Cheetah | .380 ACP |
| Beretta | 84FS Cheetah – Nickel | .380 ACP |
| Beretta | 85FS Cheetah | .380 ACP |
| Beretta | 85FS Cheetah – Nickel | .380 ACP |
| Beretta | 92FS | 9mm |
| Beretta | 92FS Brigadier Inox | 9mm |
| Beretta | 92FS Compact Inox | 9mm |
| Beretta | 92FS Compact Type M | 9mm |
| Beretta | 92FS Compact Type M Inox | 9mm |
| Beretta | 92FS Inox | 9mm |

| | | |
|---|---|---|
| Beretta | 92FS Vertec | 9mm |
| Beretta | 92FS Vertec Inox | 9mm |
| Beretta | 9000S | 9mm |
| Beretta | 96 | .40 S&W |
| Beretta | 96 Brigadier | .40 S&W |
| Beretta | 96 Brigadier Inox | .40 S&W |
| Beretta | 96 Inox | .40 S&W |
| Beretta | 96 Vertec | .40 S&W |
| Beretta | 96 Vertec Inox | .40 S&W |
| Beretta | 9000S Type F | .40 S&W |
| Browning | Buck Mark Camper SS | .22 LR |
| Browning | Buck Mark SE MS Lt Splash 7.25 | .22 LR |
| Charter 2000 | 14420 | .44 Spl |
| Charter 2000 | 74420 | .44 Spl |
| Glock | 17 | 9mm |
| Glock | 17C | 9mm |
| Glock | 19 | 9mm |
| Glock | 19C | 9mm |
| Glock | 26 | 9mm |
| Glock | 34 | 9mm |
| Glock | 31 | .357 Sig |
| Glock | 31C | .357 Sig |
| Glock | 32 | .357 Sig |
| Glock | 32C | .357 Sig |
| Glock | 33 | .357 Sig |
| Glock | 22 | .40 S&W |
| Glock | 22C | .40 S&W |
| Glock | 23 | .40 S&W |
| Glock | 23C | .40 S&W |
| Glock | 27 | .40 S&W |
| Glock | 35 | .40 S&W |
| Glock | 20 | 10mm |
| Glock | 20C | 10mm |
| Glock | 20SF | 10mm |
| Glock | 29 | 10mm |
| Glock | 29SF | 10mm |
| Glock | 21 | .45 ACP |
| Glock | 21C | .45 ACP |
| Glock | 30 | .45 ACP |
| Glock | 30SF | .45 ACP |
| Glock | 36 | .45 ACP |
| Glock | 37 | .45 GAP |
| Glock | 38 | .45 GAP |

| Glock | 39 | .45 GAP |
|---|---|---|
| Heckler & Koch | P2000 | .357 Sig |
| Heckler & Koch | P2000SK | .357 Sig |
| Heckler & Koch | USP | .40 S&W |
| Heckler & Koch | USP Comp LEM | .40 S&W |
| Kahr Arms | CWP9 | 9mm |
| Kahr Arms | P9 | 9mm |
| Kahr Arms | PM9 | 9mm |
| Kahr Arms | M9093 | 9mm |
| Kahr Arms | K9093 | 9mm |
| Kahr Arms | K9093A | 9mm |
| Kahr Arms | K9093NA | 9mm |
| Kahr Arms | K9096 | 9mm |
| Kahr Arms | K9096A | 9mm |
| Kahr Arms | K9096NA | 9mm |
| Kahr Arms | M9093A | 9mm |
| Kahr Arms | M9093NA | 9mm |
| Kahr Arms | M9096 | 9mm |
| Kahr Arms | M9096A | 9mm |
| Kahr Arms | M9096NA | 9mm |
| Kahr Arms | P40 | .40 S&W |
| Kahr Arms | PM40 | .40 S&W |
| Kahr Arms | M4043A | .40 S&W |
| Kahr Arms | K4043 | .40 S&W |
| Kahr Arms | K4043A | .40 S&W |
| Kahr Arms | K4043NA | .40 S&W |
| Kahr Arms | K4046 | .40 S&W |
| Kahr Arms | K4046A | .40 S&W |
| Kahr Arms | K4046NA | .40 S&W |
| Kahr Arms | M4043 | .40 S&W |
| Kahr Arms | M4043NA | .40 S&W |
| Kahr Arms | M4046 | .40 S&W |
| Kahr Arms | M4046A | .40 S&W |
| Kahr Arms | M4046NA | .40 S&W |
| Kahr Arms | KP45 | .45 ACP |
| Mauser | M2 | .40 S&W |
| Mauser | M2 | .45 ACP |
| Para Ordnance | C6 Stainless | .45 ACP |
| Para Ordnance | C7 Stainless | .45 ACP |
| Para Ordnance | 189 Steel | 9mm |
| Para Ordnance | D189 Steel | 9mm |
| Para Ordnance | RHX129E | 9mm |
| Para Ordnance | PX189S | 9mm |
| Para Ordnance | TX189S | 9mm |
| Para Ordnance | RX189E | 9mm |

| Para Ordnance | DX189E | 9mm |
|---|---|---|
| Para Ordnance | TX189E | 9mm |
| Para Ordnance | CTX189B | 9mm |
| Para Ordnance | DX189S | 9mm |
| Para Ordnance | RX189S | 9mm |
| Para Ordnance | PX938P | .38 Super |
| Para Ordnance | PX938S | .38 Super |
| Para Ordnance | 1440 Steel | .40 S&W |
| Para Ordnance | L1440 Steel | .40 S&W |
| Para Ordnance | 1640 Steel | .40 S&W |
| Para Ordnance | 1640 Stainless | .40 S&W |
| Para Ordnance | D1640 Stainless | .40 S&W |
| Para Ordnance | 1640 Steel | .40 S&W |
| Para Ordnance | D1640 Steel | .40 S&W |
| Para Ordnance | S1640 Stainless | .40 S&W |
| Para Ordnance | P1640 Steel | .40 S&W |
| Para Ordnance | SX1640E | .40 S&W |
| Para Ordnance | RHX1640E | .40 S&W |
| Para Ordnance | SX1640S | .40 S&W |
| Para Ordnance | RX1640S | .40 S&W |
| Para Ordnance | 745 Stainless | .45 ACP |
| Para Ordnance | 745 Steel | .45 ACP |
| Para Ordnance | D745 Steel | .45 ACP |
| Para Ordnance | D745 Stainless | .45 ACP |
| Para Ordnance | 1045 Alloy | .45 ACP |
| Para Ordnance | 1045 Stainless | .45 ACP |
| Para Ordnance | P1045 Steel | .45 ACP |
| Para Ordnance | P1045 Alloy | .45 ACP |
| Para Ordnance | S1045 Stainless | .45 ACP |
| Para Ordnance | 1245 Alloy | .45 ACP |
| Para Ordnance | 1245 Stainless | .45 ACP |
| Para Ordnance | 1245 Steel | .45 ACP |
| Para Ordnance | L1245 Steel | .45 ACP |
| Para Ordnance | P1245 Steel | .45 ACP |
| Para Ordnance | S1245 Stainless | .45 ACP |
| Para Ordnance | P1245 Alloy | .45 ACP |
| Para Ordnance | 1345 Stainless | .45 ACP |
| Para Ordnance | 1345 Steel | .45 ACP |
| Para Ordnance | CT1345 Stainless | .45 ACP |
| Para Ordnance | S1345 Stainless | .45 ACP |
| Para Ordnance | P1345 Steel | .45 ACP |
| Para Ordnance | 1445 Alloy | .45 ACP |
| Para Ordnance | 1445 Stainless | .45 ACP |
| Para Ordnance | 1445 Steel | .45 ACP |
| Para Ordnance | S1445 Stainless | .45 ACP |

| Para Ordnance | P1445 Steel | .45 ACP |
| --- | --- | --- |
| Para Ordnance | P1445 Alloy | .45 ACP |
| Para Ordnance | P1445RR | .45 ACP |
| Para Ordnance | P1445ER | .45 ACP |
| Para Ordnance | P1445SR | .45 ACP |
| Para Ordnance | D1445 Steel | .45 ACP |
| Para Ordnance | D1445ER | .45 ACP |
| Para Ordnance | D1445SR | .45 ACP |
| Para Ordnance | Companion Stainless | .45 ACP |
| Para Ordnance | Carry Stainless | .45 ACP |
| Para Ordnance | PX745E | .45 ACP |
| Para Ordnance | PX745EM | .45 ACP |
| Para Ordnance | PX745EMB | .45 ACP |
| Para Ordnance | PX144EMB | .45 ACP |
| Para Ordnance | RHX1045E | .45 ACP |
| Para Ordnance | PCX745R | .45 ACP |
| Para Ordnance | WHX129R | .45 ACP |
| Para Ordnance | NHX1045N | .45 ACP |
| Para Ordnance | PCX745S | .45 ACP |
| Para Ordnance | PSHX645S | .45 ACP |
| Para Ordnance | WHX1045S | .45 ACP |
| Para Ordnance | PX1445S | .45 ACP |
| Para Ordnance | SX1445S | .45 ACP |
| Para Ordnance | SX1245S | .45 ACP |
| Para Ordnance | PRX745B | .45 ACP |
| Para Ordnance | PRX745S | .45 ACP |
| Para Ordnance | DCX745E | .45 ACP |
| Para Ordnance | DX1445E | .45 ACP |
| Para Ordnance | DCX1445E | .45 ACP |
| Para Ordnance | RX1445E | .45 ACP |
| Para Ordnance | DX745S | .45 ACP |
| Para Ordnance | CWX745S | .45 ACP |
| Para Ordnance | CCWX745S | .45 ACP |
| Para Ordnance | CX745S | .45 ACP |
| Para Ordnance | DX1445S | .45 ACP |
| Para Ordnance | RX1445S | .45 ACP |
| Para Ordnance | TX1640S | .45 ACP |
| Para Ordnance | CWX745S | .45 ACP |
| Para Ordnance | CCWX745S | .45 ACP |
| Para Ordnance | CTX1345S Stainless | .45 ACP |
| Para Ordnance | CTX1345G Stainless | .45 ACP |
| Para Ordnance | CTX1245N Stainless | .45 ACP |
| Para Ordnance | CWX645S Stainless | .45 ACP |
| Para Ordnance | CWX645B Stainless | .45 ACP |
| Para Ordnance | TX745S Stainless | .45 ACP |

| Manufacturer | Model | Caliber |
|---|---|---|
| Para Ordnance | PCWX745S Stainless | .45 ACP |
| Para Ordnance | PCWX745E Steel | .45 ACP |
| Para Ordnance | WHX1045R Steel/Alloy | .45 ACP |
| Seecamp | LWS32 | .32 ACP |
| Sig Arms | Mosquito | .22 LR |
| Sig Arms | P232 Stainless | .380 ACP |
| Sig Arms | P225 | 9mm |
| Sig Arms | P226 | 9mm |
| Sig Arms | P226 Rail | 9mm |
| Sig Arms | P226 Stainless | 9mm |
| Sig Arms | P228 | 9mm |
| Sig Arms | P229 | 9mm |
| Sig Arms | P239 | 9mm |
| Sig Arms | SP2009 | 9mm |
| Sig Arms | P226 | .357 Sig |
| Sig Arms | P226 Rail | .357.Sig |
| Sig Arms | P226 Stainless | .357 Sig |
| Sig Arms | P229 | .357 Sig |
| Sig Arms | P239 | .357 Sig |
| Sig Arms | SP2340 | .357 Sig |
| Sig Arms | P226 | .40 S&W |
| Sig Arms | P226 Rail | .40 S&W |
| Sig Arms | P226 DAK | .40 S&W |
| Sig Arms | P229 | .40 S&W |
| Sig Arms | P229 DAK | .40 S&W |
| Sig Arms | P239 | .40 S&W |
| Sig Arms | P239 DAK | .40 S&W |
| Sig Arms | SP2022 | .40 S&W |
| Sig Arms | SP2340 | .40 S&W |
| Sig Arms | P220 | .45 ACP |
| Sig Arms | P220 Stainless | .45 ACP |
| Sig Arms | P245 | .45 ACP |
| Sig Arms | 1911-45-S | .45 ACP |
| Smith & Wesson | 647 | .17 Hornady |
| Smith & Wesson | 647-1 | .17 Hornady |
| Smith & Wesson | 648-2 | .22 MRF |
| Smith & Wesson | 22A-1 | .22 LR |
| Smith & Wesson | 22S-1 | .22 LR |
| Smith & Wesson | 41 | .22 LR |
| Smith & Wesson | 63-4 | .22 LR |
| Smith & Wesson | 317-2 | .22 LR |
| Smith & Wesson | 317-3 | .22 LR |
| Smith & Wesson | 317LS | .22 LR |
| Smith & Wesson | 617-5 | .22 LR |

| Smith & Wesson | 617-6 | .22 LR |
|---|---|---|
| Smith & Wesson | 351 PD | .22 Mag. |
| Smith & Wesson | 331-2 | .32 H&R Mag. |
| Smith & Wesson | 332-1 | .32 H&R Mag. |
| Smith & Wesson | 431 PD | .32 H&R Mag. |
| Smith & Wesson | 432 PD | .32 H&R Mag. |
| Smith & Wesson | 908 | 9mm |
| Smith & Wesson | 908S | 9mm |
| Smith & Wesson | 910 | 9mm |
| Smith & Wesson | 910S | 9mm |
| Smith & Wesson | 952-1 | 9mm |
| Smith & Wesson | 952-2 | 9mm |
| Smith & Wesson | 3913LS | 9mm |
| Smith & Wesson | 3913TSW | 9mm |
| Smith & Wesson | 5903TSW | 9mm |
| Smith & Wesson | 5906TSW | 9mm |
| Smith & Wesson | CS9 | 9mm |
| Smith & Wesson | SW99 | 9mm |
| Smith & Wesson | SW9E | 9mm |
| Smith & Wesson | SW9G | 9mm |
| Smith & Wesson | SW9GVE | 9mm |
| Smith & Wesson | SW9P | 9mm |
| Smith & Wesson | SW9VE | 9mm |
| Smith & Wesson | M&P9 (Mag Safety) | 9mm |
| Smith & Wesson | M&P9 (Mag Safety, Internal Lock) | 9mm |
| Smith & Wesson | M&P9c | 9mm |
| Smith & Wesson | M&P9c (Mag Safety) | 9mm |
| Smith & Wesson | M&P9 | 9mm |
| Smith & Wesson | 10-14 | .38 Spl |
| Smith & Wesson | 14-80 | .38 Spl |
| Smith & Wesson | 36-10 | .38 Spl |
| Smith & Wesson | 36-10LS | .38 Spl |
| Smith & Wesson | 40-1 | .38 Spl |
| Smith & Wesson | 64-7 | .38 Spl |
| Smith & Wesson | 64-8 | .38 Spl |
| Smith & Wesson | 67-5 | .38 Spl |
| Smith & Wesson | 67-6 | .38 Spl |
| Smith & Wesson | 67-7 | .38 Spl |
| Smith & Wesson | 315 | .38 Spl |
| Smith & Wesson | 337-2 | .38 Spl |
| Smith & Wesson | 337-2PD | .38 Spl |
| Smith & Wesson | 342 | .38 Spl |
| Smith & Wesson | 342 PD | .38 Spl |
| Smith & Wesson | 342-1 PD | .38 Spl |

| | | |
|---|---|---|
| Smith & Wesson | 360 | .38 Spl |
| Smith & Wesson | 386NG | .38 Spl |
| Smith & Wesson | 442-1 | .38 Spl |
| Smith & Wesson | 442-2 | .38 Spl |
| Smith & Wesson | 637-2 | .38 Spl |
| Smith & Wesson | 638-3 | .38 Spl |
| Smith & Wesson | 642-1 | .38 Spl |
| Smith & Wesson | 642-2 | .38 Spl |
| Smith & Wesson | 642-2 LS | .38 Spl |
| Smith & Wesson | 337-3 | .38 Spl +P |
| Smith & Wesson | 627-4 | .38 Super |
| Smith & Wesson | 686-7 | .38 Super |
| Smith & Wesson | 1911-2 | .38 Super |
| Smith & Wesson | 27-9 | .357 Mag. |
| Smith & Wesson | 60-14 | .357 Mag. |
| Smith & Wesson | 60-14LS | .357 Mag. |
| Smith & Wesson | 60-15 | .357 Mag. |
| Smith & Wesson | 60-18 | .357 Mag. |
| Smith & Wesson | 65-7 | .357 Mag. |
| Smith & Wesson | 65-7LS | .357 Mag. |
| Smith & Wesson | 65-8 | .357 Mag. |
| Smith & Wesson | 65-8 LS | .357 Mag. |
| Smith & Wesson | 66-6 | .357 Mag. |
| Smith & Wesson | 66-7 | .357 Mag. |
| Smith & Wesson | 327 | .357 Mag. |
| Smith & Wesson | 327-1 | .357 Mag. |
| Smith & Wesson | 327PD | .357 Mag. |
| Smith & Wesson | 360 SC | .357 Mag. |
| Smith & Wesson | 386 | .357 Mag. |
| Smith & Wesson | 386PD | .357 Mag. |
| Smith & Wesson | 386SC | .357 Mag. |
| Smith & Wesson | 386Sc/S | .357 Mag. |
| Smith & Wesson | 340 PD | .357 Mag. |
| Smith & Wesson | 340 SC | .357 Mag. |
| Smith & Wesson | 360 PD | .357 Mag. |
| Smith & Wesson | 520 | .357 Mag. |
| Smith & Wesson | 619 | .357 Mag. |
| Smith & Wesson | 620 | .357 Mag. |
| Smith & Wesson | 627-5 | .357 Mag. |
| Smith & Wesson | 640-1 | .357 Mag. |
| Smith & Wesson | 640-3 | .357 Mag. |
| Smith & Wesson | 649-5 | .357 Mag. |
| Smith & Wesson | 686-6 | .357 Mag. |
| Smith & Wesson | 686-6 Plus | .357 Mag. |
| Smith & Wesson | 686-6 Power Port | .357 Mag. |

| Smith & Wesson | 686-6 SSR | .357 Mag. |
|---|---|---|
| Smith & Wesson | M&P360 | .357 Mag. |
| Smith & Wesson | M&P340 | .357 Mag. |
| Smith & Wesson | M&P357 | .357 Sig |
| Smith & Wesson | 410 | .40 S&W |
| Smith & Wesson | 410S | .40 S&W |
| Smith & Wesson | CS40 | .40 S&W |
| Smith & Wesson | M&P40 (Mag Safety) | .40 S&W |
| Smith & Wesson | M&P40 | .40 S&W |
| Smith & Wesson | M&P40 (Mag Safety, Internal Lock) | .40 S&W |
| Smith & Wesson | M&P40c (Mag Safety) | .40 S&W |
| Smith & Wesson | 4003TSW | .40 S&W |
| Smith & Wesson | 4006TSW | .40 S&W |
| Smith & Wesson | 4013TSW | .40 S&W |
| Smith & Wesson | 4040 PD | .40 S&W |
| Smith & Wesson | SW40E | .40 S&W |
| Smith & Wesson | SW40G | .40 S&W |
| Smith & Wesson | SW40GVE | .40 S&W |
| Smith & Wesson | SW40P | .40 S&W |
| Smith & Wesson | SW40VE | .40 S&W |
| Smith & Wesson | SW99 | .40 S&W |
| Smith & Wesson | SW99QA | .40 S&W |
| Smith & Wesson | SW990 | .40 S&W |
| Smith & Wesson | SW990L Compact | .40 S&W |
| Smith & Wesson | 945-40 | .40 S&W |
| Smith & Wesson | 610-3 | 10mm |
| Smith & Wesson | 57-5 | .41 Mag. |
| Smith & Wesson | 357 PD | .41 Mag. |
| Smith & Wesson | 657-5 | .41 Mag. |
| Smith & Wesson | 21-4 | .44 Spl |
| Smith & Wesson | 24-6 | .44 Spl |
| Smith & Wesson | 396NG | .44 Spl |
| Smith & Wesson | 396-1 | .44 Spl |
| Smith & Wesson | 696 | .44 Spl |
| Smith & Wesson | 29-8 | .44 Mag. |
| Smith & Wesson | 29-10 | .44 Mag. |
| Smith & Wesson | 329PD | .44 Mag. |
| Smith & Wesson | 329-1 | .44 Mag. |
| Smith & Wesson | 629-6 | .44 Mag. |
| Smith & Wesson | 629-6 Classic | .44 Mag. |
| Smith & Wesson | 629-6 Classic DX | .44 Mag. |
| Smith & Wesson | 629-6 Power Port | .44 Mag. |
| Smith & Wesson | 22-4 | .45 ACP |
| Smith & Wesson | 325 | .45 ACP |

| Manufacturer | Model | Caliber |
|---|---|---|
| Smith & Wesson | 325PD | .45 ACP |
| Smith & Wesson | 457 | .45 ACP |
| Smith & Wesson | 457S | .45 ACP |
| Smith & Wesson | 625-8 | .45 ACP |
| Smith & Wesson | 625-8 JM | .45 ACP |
| Smith & Wesson | 625-10 | .45 ACP |
| Smith & Wesson | 945-1 | .45 ACP |
| Smith & Wesson | M&P45 | .45 ACP |
| Smith & Wesson | 1911 | .45 ACP |
| Smith & Wesson | 1911 (Steel) | .45 ACP |
| Smith & Wesson | 1911 DK | .45 ACP |
| Smith & Wesson | 1911 PD | .45 ACP |
| Smith & Wesson | 1911 Sc (Black) | .45 ACP |
| Smith & Wesson | 1911 SC | .45 ACP |
| Smith & Wesson | 1911 Pro Series | .45 ACP |
| Smith & Wesson | 4513TSW | .45 ACP |
| Smith & Wesson | 4563TSW | .45 ACP |
| Smith & Wesson | 4566TSW | .45 ACP |
| Smith & Wesson | CS45 | .45 ACP |
| Smith & Wesson | SW99 | .45 ACP |
| Smith & Wesson | SW1911 | .45 ACP |
| Smith & Wesson | M3 Schofield | .45 S&W Schofield |
| Smith & Wesson | 25-13 | .45 Long Colt |
| Smith & Wesson | 25-15 | .45 Long Colt |
| Smith & Wesson | 625-9 | .45 Long Colt |
| Smith & Wesson | 460 ES | 460 S&W Mag. |
| Smith & Wesson | 460V | 460 S&W Mag. |
| Smith & Wesson | 460XVR | 460 S&W Mag. |
| Smith & Wesson | 500 | 500 S&W |
| Smith & Wesson | 500 ES | 500 S&W |
| Steyr Arms | M9A1 | 9mm |
| Steyr Arms | M357-A1 | .357 Sig. |
| Steyr Arms | M40-A1 | .40 S&W |
| Steyr Arms | S-A1 | .40 S&W |
| Strayer Voigt | Infinity Traditional | .45 ACP |
| Strayer Voigt | Infinity Competition | .45 ACP |
| Sturm, Ruger & Co. | NR617 | 17 HMR |
| Sturm, Ruger & Co. | KNR-717H | 17 HMR |
| Sturm, Ruger & Co. | KNR-717HX | 17 Mach 2 |
| Sturm, Ruger & Co. | KSP241X | .22 LR |
| Sturm, Ruger & Co. | MK4 | .22 LR |
| Sturm, Ruger & Co. | KMK4 | .22 LR |
| Sturm, Ruger & Co. | KP4 | .22 LR |
| Sturm, Ruger & Co. | MK6 | .22 LR |
| Sturm, Ruger & Co. | KMK6 | .22 LR |

| Sturm, Ruger & Co. | MK678 | .22 LR |
| --- | --- | --- |
| Sturm, Ruger & Co. | KMK678 | .22 LR |
| Sturm, Ruger & Co. | P4 | .22 LR |
| Sturm, Ruger & Co. | P512 | .22 LR |
| Sturm, Ruger & Co. | KP512 | .22 LR |
| Sturm, Ruger & Co. | MK512 | .22 LR |
| Sturm, Ruger & Co. | KMK512 | .22 LR |
| Sturm, Ruger & Co. | KMK512GCUS | .22 LR |
| Sturm, Ruger & Co. | MK10 | .22 LR |
| Sturm, Ruger & Co. | KMK10 | .22 LR |
| Sturm, Ruger & Co. | MK678G | .22 LR |
| Sturm, Ruger & Co. | KMK678G | .22 LR |
| Sturm, Ruger & Co. | KMK678GC | .22 LR |
| Sturm, Ruger & Co. | MK8 | .22 LR |
| Sturm, Ruger & Co. | P678GC | .22 LR |
| Sturm, Ruger & Co. | P8GC | .22 LR |
| Sturm, Ruger & Co. | MKIII4 | .22 LR |
| Sturm, Ruger & Co. | MKIII6 | .22 LR |
| Sturm, Ruger & Co. | P512MKIII | .22 LR |
| Sturm, Ruger & Co. | KP512MKIII | .22 LR |
| Sturm, Ruger & Co. | KP45HMKIII | .22 LR |
| Sturm, Ruger & Co. | KP678HMKIII | .22 LR |
| Sturm, Ruger & Co. | P4MKIII | .22 LR |
| Sturm, Ruger & Co. | P45GCMKIII | .22 LR |
| Sturm, Ruger & Co. | MKIII 512 | .22 LR |
| Sturm, Ruger & Co. | MKIII513GCL | .22 LR |
| Sturm, Ruger & Co. | MKIII678 | .22 LR |
| Sturm, Ruger & Co. | MKIII45HCL | .22 LR |
| Sturm, Ruger & Co. | KMKIII678GC | .22 LR |
| Sturm, Ruger & Co. | KMKIII678H | .22 LR |
| Sturm, Ruger & Co. | SBC4 | .22 LR |
| Sturm, Ruger & Co. | KSBC4 | .22 LR |
| Sturm, Ruger & Co. | RB22AW | .22 LR |
| Sturm, Ruger & Co. | KMKIII 512 | .22 LR |
| Sturm, Ruger & Co. | NR4 | .22 LR / 22 Mag. |
| Sturm, Ruger & Co. | NR4F50 | .22 LR / 22 Mag. |
| Sturm, Ruger & Co. | NR5 | .22 LR / 22 Mag. |
| Sturm, Ruger & Co. | NR6 | .22 LR / 22 Mag. |
| Sturm, Ruger & Co. | NR9 | .22 LR / 22 Mag. |
| Sturm, Ruger & Co. | KNR5 | .22 LR / 22 Mag. |
| Sturm, Ruger & Co. | KNR6 | .22 LR / 22 Mag. |
| Sturm, Ruger & Co. | NR5F | .22 LR / 22 Mag. |
| Sturm, Ruger & Co. | NR6F | .22 LR / 22 Mag. |
| Sturm, Ruger & Co. | KNR-7H | .22 LR / 22 Mag. |
| Sturm, Ruger & Co. | NR6FL | .22 Mag. |

| | | |
|---|---|---|
| Sturm, Ruger & Co. | SSM4FSI | .32 H&R |
| Sturm, Ruger & Co. | KSSM4FSI | .32 H&R |
| Sturm, Ruger & Co. | KSP3231X | .32 Mag. |
| Sturm, Ruger & Co. | KSP3241X | .32 Mag. |
| Sturm, Ruger & Co. | P89 | 9mm |
| Sturm, Ruger & Co. | KP89 | 9mm |
| Sturm, Ruger & Co. | P89D | 9mm |
| Sturm, Ruger & Co. | KP89D | 9mm |
| Sturm, Ruger & Co. | P94 | 9mm |
| Sturm, Ruger & Co. | KP94 | 9mm |
| Sturm, Ruger & Co. | P95D | 9mm |
| Sturm, Ruger & Co. | KP95D | 9mm |
| Sturm, Ruger & Co. | KSR9-10-L | 9mm |
| Sturm, Ruger & Co. | KODBSR9-10-L | 9mm |
| Sturm, Ruger & Co. | KBSR9-10-L | 9mm |
| Sturm, Ruger & Co. | KGPF840 | .38 Spl |
| Sturm, Ruger & Co. | KSP821X | .38+P |
| Sturm, Ruger & Co. | KSP831X | .38+P |
| Sturm, Ruger & Co. | KSP32731X | .327 Federal Mag. |
| Sturm, Ruger & Co. | GP141 | .357 Mag. |
| Sturm, Ruger & Co. | KGP141 | .357 Mag. |
| Sturm, Ruger & Co. | GP160 | .357 Mag. |
| Sturm, Ruger & Co. | KGP160 | .357 Mag. |
| Sturm, Ruger & Co. | GP161 | .357 Mag. |
| Sturm, Ruger & Co. | KGP161 | .357 Mag. |
| Sturm, Ruger & Co. | KGPF330 | .357 Mag. |
| Sturm, Ruger & Co. | GPF331 | .357 Mag. |
| Sturm, Ruger & Co. | KGPF331 | .357 Mag. |
| Sturm, Ruger & Co. | GPF340 | .357 Mag. |
| Sturm, Ruger & Co. | KGPF340 | .357 Mag. |
| Sturm, Ruger & Co. | GPF341 | .357 Mag. |
| Sturm, Ruger & Co. | KGPF341 | .357 Mag. |
| Sturm, Ruger & Co. | KSP321X | .357 Mag. |
| Sturm, Ruger & Co. | KSP331X | .357 Mag. |
| Sturm, Ruger & Co. | KSP321XL | .357 Mag. |
| Sturm, Ruger & Co. | BNV34 | .357 Mag. |
| Sturm, Ruger & Co. | KBNV34 | .357 Mag. |
| Sturm, Ruger & Co. | BNV35 | .357 Mag. |
| Sturm, Ruger & Co. | KBVN35 | .357 Mag. |
| Sturm, Ruger & Co. | BNVBH34 | .357 Mag. |
| Sturm, Ruger & Co. | RBNV35 | .357 Mag. |
| Sturm, Ruger & Co. | KRBNV35 | .357 Mag. |
| Sturm, Ruger & Co. | NV34 | .357 Mag. |
| Sturm, Ruger & Co. | KNV34 | .357 Mag. |
| Sturm, Ruger & Co. | KNV34 Stainless | .357 Mag |

| | | |
|---|---|---|
| Sturm, Ruger & Co. | NV35 | .357 Mag. |
| Sturm, Ruger & Co. | KNV35 | .357 Mag. |
| Sturm, Ruger & Co. | KNV35 Stainless | .357 Mag. |
| Sturm, Ruger & Co. | BN34 | .357 Mag. |
| Sturm, Ruger & Co. | KBN34 | .357 Mag. |
| Sturm, Ruger & Co. | BN36 | .357 Mag. |
| Sturm, Ruger & Co. | KBN36 | .357 Mag. |
| Sturm, Ruger & Co. | BN34X | .357 Mag. |
| Sturm, Ruger & Co. | BN36X | .357 Mag. |
| Sturm, Ruger & Co. | RB35W | .357 Mag. |
| Sturm, Ruger & Co. | NVB34-50 | .357 Mag. |
| Sturm, Ruger & Co. | BN31 | .30 Carbine |
| Sturm, Ruger & Co. | P944 | .40 S&W |
| Sturm, Ruger & Co. | KP944 | .40 S&W |
| Sturm, Ruger & Co. | KP944D | .40 S&W |
| Sturm, Ruger & Co. | BN41 | .41 Mag. |
| Sturm, Ruger & Co. | BN42 | .41 Mag. |
| Sturm, Ruger & Co. | BNV40 | 44/40 |
| Sturm, Ruger & Co. | KBNV40 | 44/40 |
| Sturm, Ruger & Co. | BNV405 | 44/40 |
| Sturm, Ruger & Co. | KBNV405 | 44/40 |
| Sturm, Ruger & Co. | BNV407 | 44/40 |
| Sturm, Ruger & Co. | KBNV407 | 44/40 |
| Sturm, Ruger & Co. | RH445 | .44 Mag. |
| Sturm, Ruger & Co. | RH44 | .44 Mag. |
| Sturm, Ruger & Co. | RH44R | .44 Mag. |
| Sturm, Ruger & Co. | KRH44 | .44 Mag. |
| Sturm, Ruger & Co. | KRH44R | .44 Mag. |
| Sturm, Ruger & Co. | KRH445 | .44 Mag. |
| Sturm, Ruger & Co. | KSRH7 | .44 Mag. |
| Sturm, Ruger & Co. | KSRH9 | .44 Mag. |
| Sturm, Ruger & Co. | RB44W | .44 Mag. |
| Sturm, Ruger & Co. | BNV474 | .44 Mag. |
| Sturm, Ruger & Co. | KBNV474 | .44 Mag. |
| Sturm, Ruger & Co. | BNV475 | .44 Mag. |
| Sturm, Ruger & Co. | KBNV475 | .44 Mag. |
| Sturm, Ruger & Co. | BNV477 | .44 Mag. |
| Sturm, Ruger & Co. | KBNV477 | .44 Mag. |
| Sturm, Ruger & Co. | RBNV474 | .44 Mag. |
| Sturm, Ruger & Co. | KRBNV474 | .44 Mag. |
| Sturm, Ruger & Co. | RBNV475 | .44 Mag. |
| Sturm, Ruger & Co. | KRBNV475 | .44 Mag. |
| Sturm, Ruger & Co. | S458N | .44 Mag. |
| Sturm, Ruger & Co. | S45N | .44 Mag. |
| Sturm, Ruger & Co. | S47N | .44 Mag. |

| | | |
|---|---|---|
| Sturm, Ruger & Co. | S411N | .44 Mag. |
| Sturm, Ruger & Co. | KS458N | .44 Mag. |
| Sturm, Ruger & Co. | KS45N | .44 Mag. |
| Sturm, Ruger & Co. | KS47N | .44 Mag. |
| Sturm, Ruger & Co. | KS411N | .44 Mag. |
| Sturm, Ruger & Co. | KS-47NHNN | .44 Mag. |
| Sturm, Ruger & Co. | KSRH2 | .44 Mag. |
| Sturm, Ruger & Co. | P90 | .45 ACP |
| Sturm, Ruger & Co. | KP90 | .45 ACP |
| Sturm, Ruger & Co. | KP90D | .45 ACP |
| Sturm, Ruger & Co. | KP345PR | .45 ACP |
| Sturm, Ruger & Co. | P97D | .45 ACP |
| Sturm, Ruger & Co. | KP97D | .45 ACP |
| Sturm, Ruger & Co. | KP345 | .45 ACP |
| Sturm, Ruger & Co. | P345PR | .45 ACP |
| Sturm, Ruger & Co. | KP345DPR | .45 ACP |
| Sturm, Ruger & Co. | RB45W | .45 Long Colt |
| Sturm, Ruger & Co. | KRH455 | .45 Long Colt |
| Sturm, Ruger & Co. | KRH45 | .45 Long Colt |
| Sturm, Ruger & Co. | KRH45R | .45 Long Colt |
| Sturm, Ruger & Co. | BNV44 | .45 Long Colt |
| Sturm, Ruger & Co. | KBNV44 | .45 Long Colt |
| Sturm, Ruger & Co. | BNV455 | .45 Long Colt |
| Sturm, Ruger & Co. | KBNV455 | .45 Long Colt |
| Sturm, Ruger & Co. | BNV45 | .45 Long Colt |
| Sturm, Ruger & Co. | KBNV45 | .45 Long Colt |
| Sturm, Ruger & Co. | BNVBH453 | .45 Long Colt |
| Sturm, Ruger & Co. | KBNVBH453 | .45 Long Colt |
| Sturm, Ruger & Co. | RBNV44 | .45 Long Colt |
| Sturm, Ruger & Co. | KRBNV44 | .45 Long Colt |
| Sturm, Ruger & Co. | RBNV455 | .45 Long Colt |
| Sturm, Ruger & Co. | KRBNV455 | .45 Long Colt |
| Sturm, Ruger & Co. | NV44 | .45 Long Colt |
| Sturm, Ruger & Co. | KNV44 | .45 Long Colt |
| Sturm, Ruger & Co. | KNV44 Stainless | .45 Long Colt |
| Sturm, Ruger & Co. | NV45 | .45 Long Colt |
| Sturm, Ruger & Co. | KNV45 | .45 Long Colt |
| Sturm, Ruger & Co. | NV455 | .45 Long Colt |
| Sturm, Ruger & Co. | KNV455 | .45 Long Colt |
| Sturm, Ruger & Co. | KNV455 Stainless | .45 Long Colt |
| Sturm, Ruger & Co. | KNV455E Stainless | .45 Long Colt |
| Sturm, Ruger & Co. | BN44 | .45 Long Colt |
| Sturm, Ruger & Co. | KBN44 | .45 Long Colt |
| Sturm, Ruger & Co. | BN455 | .45 Long Colt |
| Sturm, Ruger & Co. | BN45 | .45 Long Colt |

| | | |
|---|---|---|
| Sturm, Ruger & Co. | BN45L | .45 Long Colt |
| Sturm, Ruger & Co. | KBN45 | .45 Long Colt |
| Sturm, Ruger & Co. | BN44X | .45 Long Colt |
| Sturm, Ruger & Co. | BN455X | .45 Long Colt |
| Sturm, Ruger & Co. | KSRH2454 | 454 Casull |
| Sturm, Ruger & Co. | KSRH7454 | 454 Casull & 45 Long Colt |
| Sturm, Ruger & Co. | KSRH9454 | 454 Casull & 45 Long Colt |
| Sturm, Ruger & Co. | KSRH7480 | 480 Ruger |
| Sturm, Ruger & Co. | KSRH9480 | 480 Ruger |
| Sturm, Ruger & Co. | KSRH-2480 | 480 Ruger |
| Walther | P22 | .22 LR |
| Walther | SP22 | .22 LR |
| Walther | PPK/S-1 | .32 ACP |
| Walther | PPK | .380 ACP |
| Walther | PPK (Blue) | .380 ACP |
| Walther | PPK/S-1 | .380 ACP |
| Walther | PPK/S-1 Two Tone | .380 ACP |
| Walther | P99 | 9mm |
| Walther | P99C AS | 9mm |
| Walther | P990 | 9mm |
| Walther | P99 AS | 9mm |
| Walther | P99 c AS | 9mm |
| Walther | P99C QA | 9mm |
| Walther | P99 QA | 9mm |
| Walther | PPS | 9mm |
| Walther | P99 | .40 S&W |
| Walther | P99 AS | .40 S&W |
| Walther | P99C QA | .40 S&W |
| Walther | P99 QA | .40 S&W |